UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIVE STAR CHEMICALS & SUPPLY, LLC,<br>　　　　Plaintiff,<br><br>vs.<br><br>5 STAR ENTERPRISE, INC,<br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO.  1:22-CV-3979-TCB |

## DEFAULT JUDGMENT

The defendant 5 STAR ENTERPRISE, INC., having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Timothy C. Batten, Sr., United States District Judge, by order of February 8, 2023, having directed that judgment issue in favor of plaintiff and against the defendant, it is hereby

ORDERED AND ADJUDGED, that the plaintiff FIVE STAR CHEMICALS & SUPPLY, LLC, recover from the defendant, 5 STAR ENTERPRISE, INC., ownership of the "www.5starchemincals.com" domain name pursuant to 15 U.S.C. § 1125(d)(1)(C), $100,000 in statutory damages under 15 U.S.C. § 1117(d) in lieu of actual damages, $2,377.33 for reasonable costs associated with this action pursuant to 15 U.S.C. § 1117(a), and $34,430 in reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a). The Court orders that a permanent injunction issue requiring Defendant to cease and desist all use of the "5 star" mark or any other confusingly similar marks.

Dated at Atlanta, Georgia this 8th day of February, 2023.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER CLERK
　　　　　　　　　　　　　　　　　　　　OF COURT

　　　　　　　　　　　　　By:　　s/ D. Barfield_____
　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, filed, and entered in
the Clerk's Office
February 8, 2023
Kevin P. Weimer
Clerk of Court

By:　　s/ D. Barfield
　　　―――――――――――――――
　　　Deputy Clerk